**AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

## UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF     NEVADA

CLIVEN BUNDY,

    Plaintiff,

v.

CLIVEN BUNDY,

    Defendant.  /

JUDGMENT IN A CIVIL CASE

CV-S-98-531-JBR(RJJ)



FILED
SEP 17 1999
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____

__ **Jury Verdict.** This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered it's verdict.

_X_ **Decision by Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Enforce Injunction is GRANTED with modifications. Defendant shall remove his livestock from the allotment as previously ordered by the Court in the Order entered on November 4, 1998. Defendant shall pay to the Plaintiff $1,377.00 as willful repeated trespass damages for 51 cattle from December 1, 1998 through December 31, 1998. Defendant shall pay to Plaintiff $45.90 per day for each day Defendant's livestock remains on the allotment, commencing January 1, 1999. Defendant shall pay to Plaintiff $4,123.06 for the expense incurred by the BLM for the December 15, 1998 trespass detection flight.

September 17, 1999            LANCE S. WILSON
Date                          Clerk
                              (SEAL)
                              Kathy Yagich
                              (By) Deputy Clerk,

ENTERED AND SERVED
SEP 17 1999
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____

46