| District | Off. | Yr. | Number | OR | Mo. | Day | Yr. | J | Nature Suit | 23 | Judge | Mag. | Dem | ARB | MDL Docket | Yr. | Docket Num |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0978 | 2 | 98 | 531 | 1 | 03 | 27 | 98 | 1 | 890 | | 7808 | 78AD | | | | 98 | 531 |

CAUSE: 43 USC 1701 et seq. Civil action to enjoin Defendant's unlawful use and occupancy of p lands and to collect damages pursuant to Federal Land Policy and Management Act, as amended.

PLAINTIFFS

UNITED STATES OF AMERICA

DEFENDANTS

BUNDY, CLIVEN ✓

ATTORNEYS

FOR PLAINTIFF

Kathryn E. Landreth, U.S.Attorney
Blaine T. Welsh, AUSA
701 E. Bridgr Ave. #800
Las Vegas, NV. 89101
(702)388-6336

CLIVEN D. BUNDY,
P.O. Box 7175
Bunkerville, NV 89007
(702) 346-5564

☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS

FILING FEES PAID

| DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|
| | | |
| | | |

STATISTICAL REPORT PROCESSED

Filing _____
Termination _____
Change _____

UNITED STATES DISTRICT COURT DOCKET

DC 111S (Rev.

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                             JBR

| PLAINTIFF | DEFENDANT | CV-S-98-531-LDG(RJ. DOCKET NO. |
|---|---|---|
| UNITED STATES OF AMERICA | CLIVEN BUNDY | PAGE 2 OF ____ PAGE |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/27/98 | 1 | COMPLAINT. efm |
| -- | - | SUMMONS issd to P (1) (AT) efm |
| -- | - | JS-5 (AT) efm |
| 3/30/98 | 2 | EXPARTE APPLCIAITON/ORDER (LDG) ORD actn sealed til papers have been served. Cps dist (AT)efm |
| 4/7/98 | 3 | PROCESS RECEIPT/RETURN of USM Def. served sums & cmplt on 3/30/98. efm |
| 4/17/98 | 4 | ANSWER to cmplt &; MOTION to dism obo D (m) (AT) bh #19 (DISPO: resp #5, reply #7 panued FLD SEPERATYLY DUE TO SIZE) |
| 5/5/98 | 5 | RESPONSE in oppo to D/Bundy;s mtn to dism #4 obo P. (m) (AT) bh |
| 5/7/98 | 6 | MINUTE ORDER (HDM) ORD dtd 5/6/98 that the above-entild actn is reassigned to Hon JBR. Cnsl are advsd that allf ur docs shl bear the correct case #CV-S-9 531-JBR(RJJ). The Clk/Ct shl cahnge to dkt & file. cps dist (AT) bh |
| 5/18/98 | 7 | REPLY to #5 in re mtn 4 obo D |
| 5/22/98 | -- | Submitted to JBR #s 4, 5 and 7. BP |
| 6/2/98 | 8 | NOTICE OF ERRATA re proposed discovery plan & scheduling ordr. (AT) kly |
| 6/3/98 | -- | Sub to RJJ for Disc Plan & Sch. ord. AO |
| 6/5/98 | 9 | SUPPLEMENTAL Pts & Author in supp of Ds mtn to dism #4. (m)(AT)kl |
| 6/8/98 | -- | Submitted to RBR #s 9 and 4. BP |
| 6/8/98 | -- | Sub # 10 AO |
| 6/8/98 | 10 | DISCOVERY PLAN/SCHEDULING ORDER (RJJ) ORD DISC EXP 10/14/98; MTNS DUE 11/13/98; JT PTO DUE 11/13/98 etc. Cpys dist. (AT) kly |
| 6/8/98 | | |
| 7/23/98 | 11 | MOTION for S/J obo D. (m)(AT)kly   FILED SEPARATELY (DISPO: oppo # 14 Granted # 19 |
| 8/11/98 | 12 | STIPULATION/ORDER (JBR) ORD ext of time for D to rspnd to US mtn S/J (#11) to 8/24/98. Cpys dist. (AT)kly |
| 8/14/98 | 13 | INTERIM STATUS REPORT obo P. (m)kly |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | CV-S-98-531-JBR(RJJ) DOCKET NO. |
|---|---|---|
| CLIVEN D. BUNDY | USA | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8/24/98 | 14 | **OPPOSITION** to US mtn for S/J (#11) obo D. **MOTION** to strike US mtn for S/J (#11) obo D. (m)(AT)kly  Denied #19 (DISPO: Oppo #16 Reply #17 Supp pts & authorities - Suppre #17 → 18 |
| 9/8/98 | 15 | **REPLY** to oppo (#14) in supp of its mtn for S/J (#11) obo P.(m)(AT)kly |
| 9-9-98 | -- | Submitted to BR #s 11, 14 and 15. BF |
| 9/10/98 | 16 | **OPPOSITION** to mtn to strike US mtn for S/J (#14) obo P. (m)(AT)kly |
| 9/23/98 | 17 | **REPLY** to oppo (#16) to mtn to strike US mtn for S/J (#14) obo D. (m)(AT)kly |
| 9-23-98 | -- | Submitted to BR #s 14, 16 and 17. BF |
| 11/2/98 | 18 | **SUPPLEMENTAL** pts & authorties in supprt of Ds reply (#17) to US oppo (#16) to Ds mtn to strike US mtn for S/J(#14) obo D.(m)(AT)kly |
| 11-3-98 | -- | Submitted to BR #s 17 & 19. BF |
| 11/3/98 | 19 | **ORDER** (JBR) ORD Ds mtn to dism (#4) is DENIED. FUR ORD Ps mtn for S/J (#11) is GRANTED as to the permanent injunctn. FUR ORD Def is permanently enlined frm grazing his livestock w/in Bunkerville Allotment etc. FUR ORD US shall be entitled to trespass damages in amnt of $200.00 per day per head etc. FUR ORD Ds mtn to strike mtn for J/J #14 is DENIED.(EOD 11/4/98)Cpys dist. (AT)kly |
| 11/4/98 | 20 | **JUDGMENT** (lsw/kly) ORD Judgment is for Ps and against D. (EOD 11/4/98) Cpys dist. kly |
| 11/4/98 | -- | **JS-6** (AT)kly |
| 11/18/98 | 21 | **MOTION** for decision on damages obo P. (m)(AT)kly (DISPO: |
| 11/30/98 | 22 | **EMERGENCY MOTION** for stay pending appeal obo D. (m)(AT)kly (DISPO: Oppo # 30 Reply # 34 Denied # 35 |
| 11/30/98 | 23 | **NOTICE OF APPEAL** obo D. (m)(AT)kly (Filing fees pd #28455) (DISPO: DC Judgmt affirmed  C/A # 98-17293  #42 |
| 11/30/98 | 24 | **TRANSMITTAL LETTER** (cpy) to C/A frm D/C re ntc/appeal. **DOCKET FEE PAYMENT NOTIFICATION FORM** (cpy) to C/A; C/A & D/C fees pd. Cpys dist. (AT)kly |
| 11/30/98 | 25 | **CERTIFICATE OF RECORD** (cpy) Record complete for appeal. Orig to C/A. Cpys dist. kly |
| 11/30/98 | 26 | **TRANSMITTAL LETTER** (cpy) to clk frm clk/D/C re cert/rec & rec reten. Orig to C/A. Cpys dist. (AT)kly |
| 11/30/98 | -- | **DOCKET SHEET** (cc) Clks recrd retained by D/C. kly |
| 1-30-98 | -- | Submitted to BR # 22. BF |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CV-S-98-531-JBR(RJJ) | DOCKET NO. |
|---|---|---|---|
| CLIVEN D BUNDY | USA | | PAGE 4 OF ___ PAG |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/2/98 | 27 | **LETTER** to C/A w/ cpy of notc of appeal. kly |
| 12-10-98 | -- | *Submitted to BR #21 BF* |
| 12/15/98 | 28 | **ORDER** (JBR) ORD Ps mtn for decision on damages (#21) is DENIED w/out prej. (EOD 12/15/98)Cpys dist. (AT)kly |
| 12/15/98 | 29 | **JUDGMENT** (lsw/kly) ORD Ps mtn for decision on damages is DENIED w/out prej. (EOD 12/15/98)Cpys dist. kly |
| 12/16/98 | 30 | **OPPOSITION** to Ps emerg mtn for stay pendng appeal (#22) obo P. (m)(AT)kly |
| 12/16/98 | 31 | **NOTICE** of errata re oppo (#30) obo P. (m)(AT)kly |
| 12/17/98 | 32 | **COPY** frm C/A of #24, 24 & 26. Appeal assigned #98-17293. (AT)kly |
| 12/17/98 | 33 | **BRIEFING SCHEDULAE** frm C/A. |
| 12/29/98 | 34 | **REPLY** to US oppo (#30) to Ds emerg mtn for stay (#22) obo D. (m)(AT)kly |
| 12/30/98 | -- | *Submitted to BR #s 22, 30, 31-34. BF* |
| 1/6/99 | 35 | **ORDER** (JBR) ORD Ds emergency mtn for stay pending appeal (#22) is DENIED. (EOD 1/7/99)Cpys dist. (AT)kly |
| 1/27/99 | 36 | **MOTION** to enforce permanent injunction obo P. (m)(AT)kly (DISPO: NO OPPO Reply #37 - W/ERRATum to Ps Reply Granted #39 |
| 1-28-99 | -- | *Submitted to BR #36 BF* |
| 2/24/99 | 37 | **REPLY** in supprt of the US mtn to inforce injunction obo P. (m)(AT)kly |
| 2/25/99 | -- | *Submitted to BR #37 BF* |
| 2/25/99 | 38 | **ORDER** (cpy) frm C/A appellant's emergency mtn for stay pending appeal is denie Briefing sched est previously shall remain in effect. kly |
| 2/26/99 | 39 | **ERRATUM** to Ps Reply #37 (in re Mtn #36)(m) sml |
| 3/1/99 | -- | *Submitted to BR #37, 36-39 BF* |
| 4/22/99 | 40 | **TRANSMITTAL LETTER** (cpy) to C/A frm D/C re recrd on appeal. Cpys dist. Orig to C/A. (AT)kly |
| 4/22/99 | -- | **RECORD ON APPEAL** shipped to C/A this date via UPS - 2 vol clk's recrd & 2 fldr w/oversized documnts ##4&11. kly |
| 4/22/99 | -- | **DOCKET SHEET** (cc) kly |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CV-S-98-531-JBR(RJJ) |
| --- | --- | --- |
| USA | CLIVEN D BUNDY | DOCKET NO. _____ PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
| --- | --- | --- |
| 4/29/99 | 41 | **COPY** frm C/A of #40. kly |
| 7/22/99 | 42 | **ORDER (REINHARDT, TROTT & MCKEOWN)** (cc 7/7/99) ORD C/A rejects Bundy's contention. The judgmnt of the DC is AFFIRMED. Cpys dist. (AT)kly |
| 7/22/99 | 43 | **JUDGMENT** (cc 7/7/99) ORD that the judgment of the said Dist Ct in this cause be, and hereby is AFFIRMED. Cpys dist. kly |
| 7/23/99 | -- | *Submitted to BK #s 42-43. [signature]* |
| 8/2/99 | 44 | **ORDER ON MANDATE** (JBR) ORD mandate be spread upon the records of this court. (EOD 8/2/99) Cpys dist. (AT)kly |
| 9/17/99 | 45 | **ORDER** (JBR) ORD US mtn to enforce injunctn (#36) is GRANTED with modifications. FUR ORD D shall remove livestock frm allotmnt as previously ordered by the ct in the ordr (#19) entered on 11/4/98. FUR ORD D shall pay to the US #1,377.00 as willful repeated tespass damages for 51 cattle frm 12/1/98-12/31/98. FUR ORD D shall pay to US $45.90 per day for ea day Ds livestock remains on the allotmnt commencing 1/1/99. FUR ORD D shall pay to US $4,123.06 for the expense incurred by the BLM for 12/15/98 trespass detectn flight. (EOD 9/17/99) Cpys dist. kly |
| 9/17/99 | 46 | **JUDGMENT** (lsw/kly) ORD US mtn to enforce injunctn is GRANTED w/modificatns. D shall remove livestock frm allotmnt as previously ordered by ct. D shall pay to P $1,377.00 as willful repeated trespass damages for 51 cattle. D shall pay to P $45.90 per day for ea day Ds livestock remains on the allotmnt, commencing 1/1/99. D shall pay to P $4,123.06 fpr ex½emse omcirred bu tje BLM fpr tje 12/15/98 trespas detectn flight. (EOD 9/17/99) Cpys dist. (AT)kly |