Exhibit List
to
United States Motion Enforce Injunction

1. Map Bundy Cattle Trespass Area Overview

2. Declaration of Mary Jo Rugwell, including attachments A-R.

3. Declaration of Gary Warshefski, including attachments A-E.

4. Excerpts from the Oct. 6, 2011 Deposition of Cliven D. Bundy.

5. Declaration of Deborah J. Sullivan including attachments A-D.

6. Declaration of Victoria R. Worfolk including attachments A-K.

7. Declaration of Lauren Brown including attachments A-I.

8. Declaration of Jesus Navarro, including attachments A-C.

9. Chart documenting sightings & incidents.

10. Bundy Press Releases dated Nov. 27, 1998.

11. Declaration of Jimmy Linares, including attachments A-E.

12. Declaration of Amy Lueders, including attachments A-C.

13. Declaration of Alice C. Newton, including attachments A-D.



# Bundy Cattle Trespass Area Overview

**Legend**

- Former Bunkerville Grazing Allotment
- New Trespass Land
- City Location
- NHD Hydrology

**Major Road**

- Interstate
- US Highway
- State Highway
- County Highway
- Arterial
- Collector
- Local
- Back Country Byway
- Resource
- Restricted

**Land Status**

- Bureau of Indian Affairs
- Bureau of Land Management
- Bureau of Reclamation
- City of Las Vegas
- Clark County, NV
- Department of Defense
- Department of Energy
- Fish and Wildlife Service
- Forest Service
- National Park Service
- Nevada State
- Private
- Lake Mead

Prepared for
United States of America
v. Bundy
No. 98-cv-531
Not intended for any other use

0 2.5 5 10 Miles

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
NATIONAL SYSTEM OF PUBLIC LANDS