IGNACIA S. MORENO
Assistant Attorney General
TERRY M. PETRIE, Attorney
STEPHEN R. TERRELL, Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
Telephone:     (303) 844-1369
Facsimile:     (303) 844-1350
Terry.Petrie@usdoj.gov
Stephen.Terrell@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
NADIA AHMED
Special Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV  89101
Telephone:     (702) 388-6336
Facsimile:     (702) 388-6698

ATTORNEYS FOR THE UNITED STATES

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

---

UNITED STATES OF AMERICA,

      Plaintiff,

No. 2:98-cv-531-LRH

      v.

CLIVEN BUNDY,

**DECLARATION OF
DEBORAH J. SULLIVAN**

      Defendant.

---

## DECLARATION OF DEBORAH J. SULLIVAN

I, Deborah J. Sullivan, do declare as follows:

I have personal knowledge of the matters set forth in this Declaration.

1

1.      I am currently a Supervisory Law Enforcement Ranger for the Bureau of Land Management (BLM) Southern Nevada District Office (SNDO) located in Las Vegas, Nevada. I have served in this position since September 12, 2010. I was previously the Field Staff Law Enforcement Ranger stationed in Mesquite, Nevada, beginning January 6, 2008. I have lived in the Mesquite community from January 2008 to the present. Mesquite is approximately five miles northeast of Bunkerville, Nevada. Because I both live and work in this part of Nevada, I am very familiar with the Gold Butte Region, the surrounding Mesquite area, and its citizens, as well as the location and boundaries of public lands administered by BLM in this area, including the former Bunkerville Allotment.

2.      As the Supervisory Law Enforcement Ranger, I am a commissioned federal law enforcement officer responsible for the detection, investigation, apprehension, detention, processing, and transport of those persons involved in criminal activity. I develop information by processing and evaluating evidence, and interviewing subjects and witnesses. I investigate acts of criminal activity, vandalism, theft, destruction of natural resources, human-caused fire, and unauthorized uses on public lands. I supervise 4-12 federal law enforcement officers for the Southern Nevada District Office. I assign, give instruction, guidance and direction, and review the work of those law enforcement employees.

3.      I was hired as the "Mesquite Resident Ranger" in 2008 and my patrol sector included the Gold Butte Region, Mormon Mesa and the Virgin River basin including the former Bunkerville Allotment where the majority of trespass violations by cattle bearing the brand or earmark of Cliven Bundy have occurred. I am aware Mr. Bundy was permanently enjoined by a federal court from grazing livestock on public lands known as the Bunkerville Allotment. I am also aware the former Bunkerville Allotment has been closed to all livestock grazing for more than a decade.

4.      I was provided information on Bundy's registered brand and earmarks (see Attachment A: Bundy Brand & Earmarks). During the five years I have been working and/or living in the area, I have seen trespass cattle on the public lands within the former Bunkerville Allotment on an almost daily basis. The only ownership evidence I have observed on trespass cattle confirm the cattle are owned by Cliven Bundy ("Bundy cattle").

5.      Given the continuous nature of the trespass grazing in the area, I have not documented every single instance when I observed trespass cattle in the former Bunkerville Allotment bearing the brand and/or earmark, but only a smaller fraction of those observations beginning May 29, 2008 through the present. Documentation I have prepared of my observations within the former Bunkerville Allotment includes written reports with the location, number of animals and any evidence of active range management or improvements and/or photographs, notes and locational information. While the vast majority of the trespass grazing I have documented is within the former Bunkerville Allotment, I have also documented trespass grazing by Bundy cattle on other public lands outside of the former Bunkerville Allotment.

6.      I have summarized the information from my written and/or photographic documentations of trespass grazing between May 29, 2008 through February 27, 2012. See Attachment B. As can be seen from this summary information, most of these documented sightings confirmed one or more cattle bearing Cliven Bundy's brand and/or earmark, and no brands or earmarks registered to anyone other than Mr. Bundy.

7.      The table in Attachment B summarizes the information from many written reports and photograph logs I have prepared over the years, which include GPS locations for each sighting, number of cattle, and whether I identified any brands or earmarks on the trespass cattle. Because of the voluminous nature of the available documentation, I have provided only a few examples (see Attachment C) of the reports and photographs summarized in Attachment B.

8.      The documented sightings were always incidental to my patrols; I did not go on patrol specifically to locate cattle.   I have also regularly observed Bundy cattle on BLM lands while in off-duty status. There are often Bundy cattle on the state and county roads, as well as in the Virgin River basin. I did not document any observations of trespass cattle when I was not on duty.

9.      During my patrols, I have also observed evidence of active range management on BLM lands where no range improvements are authorized under 43 CFR 4120.3-1 (2005). This includes placement of salt licks, laying of pipeline to convey water, placement of troughs, corrals, and hay to support cattle grazing. Although I have not personally observed Cliven Bundy at these actively managed improvements within the former Bunkerville Allotment, given that given that the range improvements are in the vicinity of where I have observed Bundy cattle, and given there are no cattle with anyone else's brand or earmark present within the former Allotment, it appears these improvements are being used to facilitate and ensure Bundy cattle will graze the former Bunkerville Allotment.

10.     Based on GPS coordinates I recorded for the trespass observations listed in Attachment B, I have mapped the locations of trespass cattle I observed from 2008 through 2012. See Attachment D (Map). This map shows that portion of the Gold Butte area in Southern Nevada where the former Bunkerville Allotment is located. This area is located approximately 80 miles northeast of the City of Las Vegas and is located just to the southwest of Mesquite, Nevada.

11.     As is evident from Attachment D (showing locations of documented observations), the vast majority of my observations of Bundy cattle were in the former Bunkerville Allotment, which is identified as the "Historical Grazing Allotment" in the map's legend, and as "Bunkerville" on the map.

12.     I have never observed any cattle within the former Bunkerville Allotment bearing a brand or earmark that is registered to anyone other than Cliven Bundy. However, I have observed many unbranded cattle mixed in with cattle bearing Cliven Bundy's brand or earmark.

13.   I continue to reside in and patrol the Mesquite area and I continue to see trespass cattle on
      a regular basis, even though I do not document each and every sighting.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and
correct.  Signed this 25th day of February, 2013, in Las Vegas, Nevada.


Deborah J. Sullivan

4

# ATTACHMENT  A



| 13503 | (775) 744-2395 | Exp. Date: 12/31/2007 |
|---|---|---|
| | John Henry & Candice Roderick HC 30 Box 435-13 Jiggs, NV 89815 | |
| Location | V K COMBINED | |
| LTH LTR    LTST | | |
| Cattle    Horse | Elko County, Statewide | |

| T-4317 | (208) 847-3579 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Hawks and Son By: Vernon Hawks 8366 Pegram Road Montpelier, ID 83254 | |
| Location | BAR LAZY V K | |
| LH    LT | | |
| Cattle    Horse | Elko County, Statewide | |

| T-4269 | (775) 237-5224 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Jerry F. and Edward Todd P O Box 73 Eureka, NV 89316 | |
| Location | V L | |
| LR LSH    LT | | |
| Cattle    Horse | Eureka County, Statewide | |

| 11358 | (775) 237-5711 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Leroy, Mary Jean, Fred and John Etchegaray P O Box 477 Eureka, NV 89316 | |
| Location | LAZY V L | |
| LR    LT | | |
| Cattle    Horse | Eureka County, Statewide | |

| T-5181 | (775) 237-5711 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Leroy W, Mary Jean, Fred and John Etchegaray P O Box 477 Eureka, NV 89316 | |
| Location | BAR OVER V L | |
| LH    LSH | | |
| Cattle    Horse | Eureka County, Statewide | |

| 08299 | (775) 729-2656 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Vincent Mancini c/o Dirk Agee Sand Springs Ranch HCR 61, Box 50 Alamo, NV 89001 | |
| Location | V M COMBINED | |
| LR | | |
| Cattle    Horse | Elko County, Statewide | |

| T-5733 | (775) 779-2264 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Sandra L Sharp Revocable Living Trust HCR 60, Box 495 Ruby Valley, NV 89833 | |
| Location | V N | |
| LH    LT LST | | |
| Cattle    Horse | Elko County, Statewide | |

| T-14069 | (208) 734-2786 | Exp. Date: 12/31/2007 |
|---|---|---|
| | M T Nelson Farms 3298 N 2900 E Twin Falls, ID 83301 | |
| Location | V OVER N | |
| RH    RT | | |
| Cattle    Horse | Elko County, Statewide | |

| T-5657 | (775) 753-4688 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Pete Bottari P O Box 281234 Lamoille, NV 89828 | |
| Location | V O | |
| RH    LT | | |
| Cattle    Horse | Elko County, Statewide | |

| 12778 | (702) 346-5564 | Exp. Date: 12/31/2007 |
|---|---|---|
| | Cliven D Bundy P O Box 7175 Bunkerville, NV 89007 | |
| Location | V OVER O | |
| LH    LST | | |
| Cattle    Horse | Clark, Lincoln County, Statewide | |

260

# ATTACHMENT B

# DEBORAH SULLIVAN TRESPASS CATTLE OBSERVATIONS

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 7/31/2008 | 1340 | 36 26' 36" | 114 11'14" | No | Yes | 11 Cattle; 6 adult cattle plus w heifers and 3 calves; Bundy brand and ear marks observed |
| 9/14/2008 | 1801 | 36 37' 08.4" | 114 10' 30.2" | Yes | Yes | 4 cattle, Bundy ear mark and brand identified |
| 9/14/2008 | 1812 | 36 37' 37.7 | 114 09' 37.1" | Yes | Yes | 8 cattle, Bundy ear mark and brand identified |
| 1/11/2009 | 1456 | 36 35' 29.2" | 114 12' 36.1" | Yes | No | 1 cow, no marks visible |
| 1/16/2009 | 1610 | 36 45' 37.2" | 114 14' 17.9" | Yes | Yes | 6 cattle plus 1 calf, Bundy ear mark identified |
| 1/18/2009 | 1545 | 36 40' 06.9" | 114 04' 13.2" | No | No | 8 cattle, no marks visible |
| 1/18/2009 | 1546 | 36 40' 15.1" | 114 04' 10.0" | No | No | 12 cattle, no marks visible |
| 1/30/2009 | 1435 | 36 17' 04.7" | 114 11' 41.4" | No | Yes | 14 cattle, Bundy ear mark identified |
| 1/31/2009 | 1553 | 36 39' 26.6" | 114 17' 05.4" | Yes | Yes | 1 cow with Bundy ear mark |
| 2/4/2009 | 806 | 36 38' 32.3" | 114 15' 25.4" | Yes | Yes | 11 cattle, Bundy ear mark identified |
| 2/4/2009 | 856 | 36 20' 45.7" | 114 08' 38.3" | No | Yes | 13 cattle, Bundy ear mark and brand identified |
| 2/4/2009 | 921 | 36 15' 29.6" | 114 12' 14.1" | No | No | 2 cattle, no marks visible |
| 2/7/2009 | 1438 | 36 38' 10.8" | 114 14' 45.4" | Yes | Yes | 2 cattle, Bundy ear mark identified |
| 2/7/2009 | 1630 | 36 36' 53.7" | 114 13' 54.1" | Yes | Yes | 3 cattle, Bundy ear mark identified |
| 2/9/2009 | 1225 | 36 34' 52.7" | 114 12' 23.2" | Yes | Yes | 3 cattle, Bundy ear mark identified |
| 2/9/2009 | 1500 | 36 33' 45.2" | 114 11' 29.1" | No | Yes | 9 cattle, Bundy ear mark identified |
| 2/12/2009 | 939 | 36 45' 45.7" | 114 17' 25.0" | Yes | No | 4 cattle plus 2 calves, no marks visible |
| 2/12/2009 | 945 | 36 45' 46.9" | 114 18' 50.5" | Yes | Yes | 3 cattle plus 1 heifer and 2 calves, Bundy ear mark and brand identified |
| 2/16/2009 | 1316 | 36 41' 59.5" | 114 14' 43.8" | Yes | Yes | 3 cattle plus 1 calf, Bundy ear mark identified |
| 2/16/2009 | 1334 | 36 37' 33.5" | 114 14' 25.2" | Yes | Yes | 3 cattle, Bundy ear mark identified |
| 2/16/2009 | 1340 | 36 36' 35.8" | 114 13' 02.9" | Yes | No | 5 cattle, no marks visible |
| 2/16/2009 | 1345 | 36 35' 29.8" | 114 12' 36.6" | Yes | Yes | 20 Cattle, Bundy ear mark identified |
| 2/16/2009 | 1506 | 36 36' 31.9" | 114 12' 54.2" | Yes | Yes | 1 cow with Bundy ear mark |
| 2/20/2009 | 1317 | 36 35' 30.9" | 114 12' 36.9" | Yes | No | 6 cattle, no marks visible |
| 3/1/2009 | 1421 | 36 35' 18.4" | 114 12' 32.6" | Yes | Yes | 2 adult cattle, both with Bundy ear marks |

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 4/12/2009 | 1110 | 36 36.8562 | 114 9.6651 | Yes | Yes | 16 Cattle, 2 cows with Bundy ear marks, 2 heifers with Bundy ear marks, 1 steer with Bundy ear marks, 2 calves unmarked, 2 bulls unmarked, 2 heifers unmarked, 5 cattle unknown. |
| 4/12/2009 | 1130 | 36 37.2451 | 114 8.8260 | Yes | No | 17 cattle, 1 steer, 14 unknown, and 2 calves, no marks visible |
| 4/12/2009 | 1130 | 36 37.1886 | 114 10.6828 | Yes | No | 1 cow with no marks visible |
| 4/12/2009 | 1810 | 36 19.3674 | 114 8.8983 | No | No | 9 cattle, too far to see if marked |
| 4/12/2009 | 1815 | 36 20.1854 | 114 8.7475 | No | Yes | 2 cows, one of which had a Bundy ear mark, 2 unmarked heifers, and 3 cattle unknown |
| 5/2/2009 | 1842 | 36 43' 34.0" | 114 13' 30.4" | Yes | Yes | 4 cattle |
| 5/28/2009 | 1304 | 36 38' 45.9" | 114 08' 20.5" | Yes | Yes | 2 cattle, one with Bundy ear marks |
| 5/28/2009 | 1342 | 36 38' 45.9" | 114 08' 20.5" | Yes | Yes | 4 adult cattle, one with Bundy ear marks |
| 7/26/2009 | 1303 | 36 38' 14.2" | 114 14' 44.7 | Yes | Yes | 6 cattle, at least one has Bundy ear mark |
| 2/7/2010 | 1434 | 36 40.341' | 114 17.333 | Yes | Yes | 4 Cattle, 2 with ear marks and brands belonging to Bundy |
| 2/7/2010 | 1440 | 36 39 13.3" | 114 16' 46.8" | Yes | Yes | 4 adult Cattle and one calf, all 4 adults had ear marks |
| 2/14/2010 | 1125 | 36 35' 29.0" | 114 12' 57.3" | Yes | Yes | 10 Adult Cattle and 2 calves, 5 of the grown cattle had ear marks |
| 2/14/2010 | 1149 | 36 34' 50.6" | 114 12' 22.3" | Yes | Yes | 4 adult Cattle and one calf, all 4 adults had ear marks |
| 2/15/2010 | 1718 | 36 35' 38.6" | 114 12' 39.6" | Yes | Yes | 8 grown cattle with ear marks, 4 cattle with no markings, 3 heifers and 2 calves with no markings |
| 2/21/2010 | 1612 | 36 39' 04.2" | 114 16' 28.8" | Yes | Yes | 5 Cattle, 2 of which had ear marks and 1 had a Bundy brand, 2 heifers had no markings |
| 2/21/2010 | 1620 | 36 41' 03.7" | 114 16' 01.4" | Yes | Yes | 2 cattle with ear marks, 1 with Bundy brand, 1 heifer with a different ear mark |

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 2/28/2010 | 1430 | 36 35' 23.3" | 114 12' 27.7" | Yes | Yes | 2 grown cattle with ear marks, 1 heifer with no markings, 2 newborn calves with no markings |
| 3/10/2010 | 1102 | 36 46' 37.1" | 114 16' 50.3" | No | Yes | 6 adult cattle with ear marks, one of which had a brand, 2 newborn calves with no markings |
| 4/23/2010 | 1515 | 36 32' 30.7" | 114 10' 28.4" | No | Yes | 3 grown cattle with ear marks, 2 grown cattle with no markings, 2 calves with no markings |
| 4/30/2010 | 1550 | 36 36' 52.3" | 114 13' 37.4" | Yes | Yes | 4 grown cattle with ear marks, 3 of which had a brand, 2 calves with no markings |
| 5/8/2010 | 1645 | 36 44' 41.0" | 114 13' 33.2" | Yes | Yes | 6 grown cattle, 3 of which had ear marks and 2 of which had a brand, 6 calves with no markings |
| 5/31/2010 | 1330 | 36 41' 23.2" | 114 15' 43.6" | Yes | Yes | 2 cattle with ear marks and brands |
| 6/12/2010 | 1415 | 36 43' 20.6" | 114 13' 42.2" | Yes | Yes | 2 cattle with ear marks, 1 of which had a brand, could not see if the other had a brand |
| 6/12/2010 | 1430 | 36 38' 25.2" | 114 15' 19.0" | Yes | Yes | 4 grown cattle with ear cuts, 3 had a brand, could not see the 4th's left side, 4 calves with no markings |
| 6/14/2010 | 755 | 36 36' 07.6" | 114 12' 35.0" | Yes | Yes | 1 grown cow with ear cuts and a brand, 1 grown cow with no markings, 1 calf with no markings |
| 6/19/2010 | 1350 | 36 38' 27.4" | 114 14' 54.9" | Yes | Yes | 4 grown cattle with ear cuts, 3 had a brand, could not see the 4th's left side, 4 calves with no markings |
| 9/19/2010 | 1447 | 36 41' 53.2 | 114 15' 04.6" | Yes | Yes | 4 grown cattle, 3 of which had ear marks, no brands visible, 4 calves with no markings, 1 had an ear tag with #5 |
| 10/9/2010 | 1720 | 36 26' 34.7" | 114 11' 17.8" | No | No | 3 cattle with no visible markings |
| 10/10/2010 | 1656 | 36 35' 28.9" | 114 12' 36.3" | Yes | Yes | 7 grown cattle, 2 of which had ear marks and a brand, at least 1 calf |
| 10/23/2010 | 1245 | 36 33' 49.0" | 114 11' 44.7" | No | Yes | 2 grown cattle with ear marks and 2 calves with no markings |

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 10/23/2010 | 1317 | 36 22' 29.5" | 114 07' 50.2" | No | Yes | 5 grown cattle with ear cuts, 1 of which had a brand, 4 calves with no markings |
| 10/24/2010 | 1248 | 36 34.65 | 114 12.29 | Yes | Yes | 6 grown cattle, 3 of which had ear marks and brands, 3 had no markings |
| 12/25/2010 | 1410 | 36 41' 21.1" | 114 15' 45.4" | Yes | Yes | 1 Bull with Bundy brand |
| 12/25/2010 | 1428 | 36 31' 40.4" | 114 09' 33.7" | No | Yes | 5 cattle with ear marks, 1 calf with no markings, 4 other cattle that could not be identified |
| 12/25/2010 | 1552 | 36 31' 26.8" | 114 07' 12.9" | No | Yes | 3 cattle, 2 of which had ear cuts and brands, 1 had no markings |
| 12/26/2010 | 1353 | 36 42' 10.1" | 114 14' 29.1" | Yes | Yes | 6 cattle and 4 calves, 5 of the cattle had ear marks |
| 12/26/2010 | 1419 | 36 31' 42.0" | 114 08' 53.9" | No | Yes | 8 cattle with ear marks, 5 of which had brands, 1 steer with no markings |
| 12/26/2010 | 1440 | 36 33' 19.0" | 114 11' 24.2" | No | Yes | 5 cattle with ear marks, 2 other cattle |
| 1/1/2011 | 1414 | 36 33' 44.7" | 114 11' 41.3 | No | Yes | 9 cattle all with Bundy ear marks |
| 1/1/2011 | 1416 | 36 33' 09.2" | 114 11' 17.4" | No | Yes | 2 cattle, one of which had a Bundy ear mark |
| 1/8/2011 | 1131 | 36 46' 37.1" | 114 16' 51.0" | No | Yes | 5 cattle; 2 were adults and had Bundy ear marks, 2 calves and 1 heifer had no markings |
| 1/9/2011 | 1602 | 36 31' 39.0" | 114 09' 36.3" | No | Yes | 1 Bull with Bundy brand |
| 1/9/2011 | 1612 | 36 34' 22.5 | 114 12' 09.6" | Yes | Yes | 3 cattle and 3 calves; one adult had Bundy brand and 2 adults had Bundy ear marks, 3 calves had no markings |
| 1/9/2011 | 1629 | 36 41' 18.6" | 114 15' 47.6" | Yes | Yes | 1 Bull with Bundy brand |
| 1/22/2011 | 1502 | 36 34' 26.4" | 114 12' 11.6" | Yes | Yes | 5 cattle; 3 cows and 2 calves, 2 of the cows had Bundy ear marks |
| 1/23/2011 | 1513 | 36 26' 18.1" | 114 12' 02.0" | No | No | 1 bull with no markings |
| 1/30/2011 | 1511 | 36 34' 01.5" | 114 11' 53.9" | Yes | Yes | 4 Cattle with ear marks belonging to Bundy, 1 calf, 2 cows no markings |
| 1/30/2011 | 1519 | 36 33' 08.9" | 114 11' 17.3" | No | No | 7 cattle, 1 calf, too far to see markings |

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 1/30/2011 | 1530 | 36 36' 40.4" | 114 09' 33.9" | Yes | Yes | 3 cattle with Bundy brand, 4 with no markings and 2 unable to ascertain |
| 1/30/2011 | 1553 | 36 36' 31.1" | 114 12' 52.6" | Yes | Yes | 1 cow with ear markings, 1 cow with ear markings and brand, 1 with no markings |
| 2/4/2011 | 1053 | 36 46' 48.3" | 114 15' 48.8" | No | Yes | Total of 15 cattle (6 grown and 9 heifers); 4 with ear marks and brand (1 with #16 tag), 1 heifer with ear mark, and 1 heifer with #8 tag |
| 2/12/2011 | 1303 | 36 34' 36.2" | 114 12' 16.1" | Yes | Yes | 4 grown cattle, 2 calves, 3 with ear marks (1 brand visible), 1 with no markings |
| 2/12/2011 | 1314 | 36 33' 38.3" | 114 11' 36.3" | No | Yes | 1 cow with ear markings |
| 2/12/2011 | 1319 | 36 32' 52.2" | 114 11' 02.0" | No | Yes | 6 cattle, 3 with ear markings, 3 too far away to ascertain |
| 2/20/2011 | 1217 | 36 33' 37.8" | 114 11' 36.3 | No | Yes | 2 cattle, 1 with ear markings, 1 with no markings |
| 2/27/2011 | 1455 | 36 38' 35.0" | 114 15' 37.2" | Yes | Yes | 2 cows with ear markings and brand, 3 calves with no markings |
| 2/27/2011 | 1502 | 36 36' 52.1" | 114 13' 37.2 | Yes | Yes | 1 cow with ear markings and brand |
| 2/27/2011 | 1525 | 36 36' 52.1" | 114 13' 37.2" | Yes | Yes | 6 cattle, 2 with ear markings and brand, 1 with ear markings, 3 heifers with no markings |
| 3/5/2011 | 1157 | 36 33' 59.5" | 114 11' 52.6" | Yes | Yes | 1 cow with ear markings |
| 3/5/2011 | 1439 | 36 35' 31.6" | 114 12' 36.9 | Yes | Yes | 1 cow/calf pair, Cow with ear markings |
| 3/5/2011 | 1441 | 36 35' 36.6" | 114 12' 49.2" | Yes | Yes | 7 cattle, 1 with ear markings and brand, 2 cow/calf pairs with ear markings, 1 steer with no markings, 1 cow with no markings |
| 5/21/2011 | 1510 | 36 44' 21.5" | 114 13' 26.9" | Yes | Yes | 1 cow/calf pair with ear markings and brand visible. 2 cows with ear markings (left flank not visible), more than 5 more unidentifiable as they were running away. |
| 7/24/2011 | 1515 | 36 44' 21.1" | 114 11' 18.0" | Yes | Yes | 57 grown cattle with 7 cow/calf pair and 7 heifers in the Virgin River. Bundy ear marks and brands visible through binoculars on many. |

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 7/31/2011 | 1518 | 36 44' 21.1" | 114 11' 37.5" | Yes | Yes | 10 cattle with Bundy ear mark, 11 with Bundy brand, 3 calves |
| 7/31/2011 | 1543 | 36 36' 51.3" | 114 13' 33.5" | Yes | Yes | 8 cattle with Bundy earmark and 4 calves |
| 11/9/2011 | 1525 | 36 33.487 | 114 11.503 | No | Yes | 4 cattle with Bundy earmark, 1 bull with no markings, 4 otherwise not identifiable |
| 11/9/2011 | 1530 | 36 33.099 | 114 11.250 | No | Yes | 1 cow with Bundy earmark and brand, 2 calves |
| 11/9/2011 | 1608 | 36 17.015 | 114 11.663 | No | Yes | 2 Keep Out signs posted on either side of the road at the Upper Gold Butte Townsite. Metal corral erected with a full water tank, bale of hay, and 2 cattle with Bundy earmark and brand and 3 cattle with no markings. |
| 11/9/2011 | 1700 | 36 33.605 | 114 11.583 | No | Yes | 12 cattle, 4 with Bundy earmark, and 1 bull. Too dark to identify any others or photograph |
| 11/16/2011 | 1715 | 36 40' 53.1" | 114 16' 50.0" | Yes | Yes | 1 cow with Bundy earmark |
| 12/8/2011 | 1235 | 36 34' 04.3" | 114 11' 56.1" | Yes | No | 2 steers no markings |
| 12/8/2011 | 1256 | 36 30' 29.7" | 114 08' 52.7" | No | Yes | 2 cattle with Bundy ear marks, one also with Bundy brand |
| 12/8/2011 | 1318 | 36 21' 31" | 114 08' 22.4" | No | Yes | 3 cattle, 2 with no markings, one with Bundy ear marks |
| 12/8/2011 | 1335 | 36 17.015 | 114 11.663 | No | No | 1 calf in corral at upper Gold Butte Townsite, no markings |
| 12/8/2011 | 1530 | 36 40' 37.7" | 114 16' 45.8" | Yes | Yes | 1 Bull with Bundy brand |
| 2/27/2012 | 1321 | 36 35' 23.1" | 114 12' 28.5" | Yes | Yes | Approximately 20 cattle in a temporary corral. Bundy earmark and brand visible on several animals. There is hay and water, there is a trailer nearby. |
| 10/11/2012 | NA | 36.2473 | -114.2627 | No | Yes | 3 cattle, Bundy marks visible |
| 10/11/2012 | NA | 36.2631 | -114.2921 | No | No | 20 cattle, too far to see marks |
| 10/11/2012 | NA | 36.6417 | -114.2509 | Yes | Yes | 11 cattle, Bundy marks visible |
| 10/11/2012 | NA | 36.6405 | -114.0891 | No | No | 10 cattle, not identifiable |

| DATE | TIME | LATITUDE | LONGITUDE | INSIDE FORMER BUNKERVILLE ALLOTMENT? | BRAND OR EARMARK OBSERVED IN GROUP? | OBSERVATION |
|---|---|---|---|---|---|---|
| 7/31/2012 | NA | 36.6794 | -114.2947 | Yes | No | 2 cattle, not identifiable |
| 7/31/2012 | NA | 36.6794 | -114.2941 | Yes | No | 4 cattle, not identifiable |
| 7/31/2012 | NA | 36.6797 | -114.2944 | Yes | No | 4 cattle, not identifiable |
| 7/31/2012 | NA | 36.6797 | -114.2939 | Yes | No | 11 cattle, not identifiable |
| 10/11/2012 | NA | 36.6863 | -114.2731 | No | Yes | 5 cattle, Bundy marks visible |
| 10/11/2012 | NA | 36.6943 | -114.2584 | Yes | No | 5 cattle, too far to see marks |
| 10/11/2012 | NA | 36.7197 | -114.0662 | No | No | 40 cattle, too far to see marks |
| 10/11/2012 | NA | 36.7332 | -114.2167 | Yes | No | 6 cattle, too far to see marks |
| 7/31/2012 | NA | 36.7381 | -114.1961 | Yes | No | 3 cattle, not identifiable |
| 7/31/2012 | NA | 36.7388 | -114.1969 | Yes | No | 25 cattle, not identifiable |
| 7/31/2012 | NA | 36.7388 | -114.1970 | Yes | No | 2 cattle, not identifiable |
| 7/31/2012 | NA | 36.7393 | -114.1883 | Yes | No | 16 cattle, not identifiable |
| 10/11/2012 | NA | 36.7416 | -114.1822 | Yes | No | 31 cattle, marks not visible |
| 7/31/2012 | NA | 36.7486 | -114.2101 | Yes | No | 2 cattle, not identifiable |
| 7/31/2012 | NA | 36.7522 | -114.1611 | Yes | No | 9 cattle, not identifiable |

# ATTACHMENT C

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
INCIDENT/INVESTIGATION REPORT

Page No. 1

| INCIDENT # 10B3100025 | OFFICE NV*051 MESQUITE | | DATE OF INCIDENT 02/07/10 | TIME OF INCIDENT 1438 | DAY OF WEEK Sunday |
|---|---|---|---|---|---|
| ACTION TAKEN ADMINISTRATIVE/CIVIL REMEDY | | | DISPOSITION CLOSED,INCIDENT ONLY | | |
| DATE REPORTED 02/07/10 | | TIME REPORTED 1438 | DATE INVESTIGATED 02/07/10 | | TIME INVESTIGATED 1438 |
| DATE CLEARED | | TIME CLEARED | LOCATION OF INCIDENT GOLD BUTTE ROAD | | |
| STATE NV | COUNTY CLARK | | LAND STATUS PUBLIC, BLM | UTM EAST/NORTH | LAT/LONG 36°39'13"/114°16'47" |
| LEGAL | | | | | |

OFFENSE(S)
90Z TRESPASS - CATTLE

| INVESTIGATING OFFICER R174 -SULLIVAN, DEBORAH J. | CASE RELATED TO |
|---|---|

**INVOLVED PERSONS**

| TYPE S | NAME BUNDY, CLIVEN D. | | | | HOME PHONE 702-346-5564 |
|---|---|---|---|---|---|
| ALIASES | | | | | WORK PHONE |
| ADDRESS PO BOX 7175, BUNKERVILLE, NV 89007 | | | | | |
| DOB | AGE 00 | SEX M | RACE WHITE | | SSN |
| HEIGHT | WEIGHT | HAIR | | EYES | |
| DLN/OLN | | DLN/OLN STATE | | | |

| TYPE V | NAME SOCIETY, | | | | HOME PHONE |
|---|---|---|---|---|---|
| ALIASES | | | | | WORK PHONE |
| ADDRESS | | | | | |
| DOB | AGE | SEX | RACE | | SSN |
| HEIGHT | WEIGHT | HAIR | | EYES | |
| DLN/OLN | | DLN/OLN STATE | | | |

**NARRATIVE**

On February 07, 2010, I was on duty patrolling public lands administered by the BLM when I observed 4 cattle and 1 calf. All of the grown cattle had ear cuts and the brand that I recognized as belonging to CLIVEN BUNDY.

The GPS location was: N36  39'  13.3"    W114  16'  46.8"

END OF NARRATIVE

| OFFICER SULLIVAN, DEBORAH J. | BADGE # R174 | APPROVED BY |
|---|---|---|
| TITLE RANGER | | TITLE |
| SIGNATURE | | SIGNATURE |
| RELEASE TO | | |

Excerpt from

02/07/2010

Photographs



UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
**INCIDENT/INVESTIGATION REPORT**

Page No. 1

| INCIDENT # 1183100005 | OFFICE NV*051 MESQUITE | | DATE OF INCIDENT 10/24/10 | TIME OF INCIDENT 1248 | DAY OF WEEK Sunday |
|---|---|---|---|---|---|
| ACTION TAKEN ADMINISTRATIVE/CIVIL REMEDY | | | DISPOSITION CLOSED,INCIDENT ONLY | | |
| DATE REPORTED 10/24/10 | | TIME REPORTED 1248 | DATE INVESTIGATED 10/24/10 | | TIME INVESTIGATED 1248 |
| DATE CLEARED | | TIME CLEARED | LOCATION OF INCIDENT GOLD BUTTE ROAD | | |
| STATE NV | COUNTY CLARK | | LAND STATUS PUBLIC, BLM | UTM EAST/NORTH | LAT/LONG 36°34'00"/114°12'29" |
| LEGAL | | | | | |

OFFENSE(S)
90Z CATTLE TRESPASS

| INVESTIGATING OFFICER R174 -SULLIVAN, DEBORAH J. | CASE RELATED TO |
|---|---|

| INVOLVED PERSONS | | | | | |
|---|---|---|---|---|---|
| TYPE S | NAME BUNDY, CLIVEN D. | | | | HOME PHONE 702-346-5564 |
| ALIASES | | | | | WORK PHONE |
| ADDRESS PO BOX 7175, BUNKERVILLE, NV 89007 | | | | | |
| DOB | AGE 00 | SEX M | RACE WHITE | | SSN |
| HEIGHT | WEIGHT | HAIR | | EYES | |
| DLN/OLN | | DLN/OLN STATE | | | |
| TYPE V | NAME SOCIETY, | | | | HOME PHONE |
| ALIASES | | | | | WORK PHONE |
| ADDRESS | | | | | |
| DOB | AGE | SEX | RACE | | SSN |
| HEIGHT | WEIGHT | HAIR | | EYES | |
| DLN/OLN | | DLN/OLN STATE | | | |

| NARRATIVE |
|---|

On October 24, 2010, I was on duty patrolling public lands administered by
the BLM when I observed 6 cattle. There is no cattle grazing allowed in
this region. All were grown cattle.  3 had ear cuts and the "V over O"
brand that I recognized as belonging to CLIVEN BUNDY. 3 had no markings.

The cattle were located on Gold Butte Road.

The GPS location was:  N36  34.65   W114  12.29

END OF NARRATIVE

| OFFICER SULLIVAN, DEBORAH J. | BADGE # R174 | APPROVED BY |
|---|---|---|
| TITLE RANGER | | TITLE |
| SIGNATURE | | SIGNATURE |
| RELEASE TO | | |

Excerpt from

10/24/2010

Photographs



LawNet Case Number: 1183100029  (Case is closed in LawNet due to the system change to IMARS)

IMARS Case Number:  **LM11005776**

Status: OPEN

**TRESPASS – CATTLE – BUNDY**

   This is a case file for the Cliven Bundy Cattle Trespass in the Southern Nevada District within the Bureau of Land Management.  The cattle and activities identified in this case file are located primarily in the Gold Butte Region.  There have been cattle sightings on the North side of the Virgin River, as well as on the Mormon Mesa, which are also on public lands administered by the BLM, though not considered part of the Gold Butte region.


**01/30/2011**  1345hrs: **Observation of active range management;** salt licks, fresh hay, water

1510 hrs: N 36  34'01.5"  W114 11'53.9"
4 cattle with ear marks belonging to Bundy, 1 calf, 2 cows no markings

1515 hrs:  N36 33'08.9"  W114 11'17.3"
7 cattle, 1 calf – too far away to see any markings

1530 hrs:  N 36 36'40.4"  W114 09'33.9"
3 cattle with Bundy V over O brand, 4 with no markings and 2 unable to ascertain

1550hrs:  N36 36'31.1"  W114 12'52.6"
1 cow with ear markings, 1 cow with ear markings and brand, 1 with no markings

**02/04/2011** 1050hrs:  N36 46'48.3 W114 15'48.8"
Total of 15 cattle (6 grown and 9 heifers) ; 4 with ear marks and brand (1 with #16 tag), 1 heifer with mark and 1 heifer with #8  tag

**02/06/2011** 1145hrs: N36 35'31.3"  W114 12'37.0"

**Observation of active range management.**  Water tank hooked up to pipeline.
1213 hrs: N36 34'12.8 W114 14'02.5"  Water trough below full of water

**02/12/2011** 1300 hrs: N36 34'36.2"  W114 12'16.1"
4 grown cattle, 2 calves 3 with ear marks (1 with brand visible), 1 with no markings

1300 hrs: N36 33'38.3"  W114 11'36.3"  1 cow with ear markings

1318 hrs: N36 32'52.2"  W14 11'02.0" 6 cattle, 3 with ear markings, 3 too far away to ascertain

**02/20/2011** 1215 hrs: N36 33'37.8"  W114 11'36.3"
2 cattle, 1 with ear markings, 1 with no markings

**02/27/2011** 1455 hrs: N36 38'35.0"  W114 15'37.2"

2 cows with ear markings and brand, 3 calves with no markings
1501hrs: N36 36'52.1" W114 13'37.2  I cow with ear markings and brand

1525hrs: 6 cattle; 2 with ear markings and brand, 1 with ear markings, 3 heifers with no markings

**03/05/2011:** 1156hrs: N36 33'59.5" W114 11'52.6" 1 cow with ear markings

1435hrs: **Observation of active range management:** N36 35' 31.6" W114 12'36.9"
Pipeline connected and leaking in several places.  Water pooling on road.

1438hrs: 1 cow/calf pair.  Cow with ear markings

1440hrs:  N36 35'36.6  W114 12'49.2"   5 cattle; 1 with ear markings and brand, 2 cow/calf pairs with
ear markings, 1 steer with no markings, 1 cow with no markings.

<u>Cattle Count conducted from 03/21/2011- 3/24/2011.  903 cattle counted.</u>

**05/21/2011:** 1255hrs; N36  35'30.7" W114  12'36.5"  Range management – fresh salt/mineral block

1510 hrs:  N36  44'21.5" W114 13' 26.9"
1 calf/cow pair with ear markings and brand visible.  2 cows with ear markings (left flank not visible),
more than 5 more unidentifiable as they were running away.

**7/24/2011:**  1515hrs; N36  44' 21.1" W114 11'  18.0" are the coordinates from SR 170 as close to the
cattle as possible.  57 grown cattle with 7 calf/cow pair and 7 heifers in the Virgin River.  Bundy ear
marks and brands visible through binoculars on many.

**7/31/2011;**  1518hrs; N36  44' 21.1" W114 11' 37.5" are the coordinates from SR 170 as close to the
cattle as possible.  10 cattle with the Bundy ear mark.  11 with the Bundy brand.  3 calves.

1543hrs: Gold Butte Rd N36 36' 51.3" W114  13' 33.5" 8 cattle with Bundy earmark and 4 calves.

<u>Cattle Count conducted from 08/16/2011 – 08/19/2011.  729 cattle counted.</u>

**10/13/2011:** 1455hrs, N36 37.502' W114 10.083' – Range improvements/active cattle management –
Water tank full, fence improved, salt licks

1500hrs:  N36  37.142' W114  10.533' Salt licks and water tank full

**11/09/2011:**  1525hrs; N36 33.487' W114 11.503' Gold Butte Rd. approx. mile marker 16 – 4 cattle with
the Bundy earmark, 1 bull no markings, 4 otherwise not identifiable

1530hrs: N36 33.099' W114 11.250'  1 cow with Bundy earmarks and brand.  2 calves.

1549hrs: N36  25.161' W114 07.687' Large bale of hay on side of Gold Butte road.

1608hrs: N36  17.015' W114 11.663' 2 "**KEEP OUT**" signs posted on either side of the road at the Upper
Gold Butte Townsite.  Metal corral erected with a full water tank, bale of hay and 2 cattle with Bundy
earmark and brand and 3 with no markings.

1700hrs: N36 33.605' W114 11.583' 12 cattle, 4 with the Bundy earmark, and 1 bull. Too dark to identify any others or photograph.

11 16 2011: 1715hrs; N36 40' 53.1" W114 16' 50.0"   1 cow with Bundy ear mark

12 08 2011: 1235hrs; N36 34' 04.3" W114 11' 56.1"   2 steers, no markings

1256hrs: N36 30' 29.7" W114 08' 52.7" 2 cattle with Bundy ear marks, one also with Bundy brand.

1318hrs: N36 21' 31" W114 08' 22.4" 3 cattle – 2 with no markings, one with Bundy ear marks

1335hrs: one calf in the corral at the upper Gold Butte townsite – no markings

1530hrs: N36 40' 37.7" W114 16' 45.8" one bull with Bundy brand

02 27 2012: 1321 hrs; N36 35'23.1" W114 12'28.5"   Approximately 20 cattle in a temporary corral. Bundy's earmark and brand visible on several animals. There is hay and water. There is a trailer nearby.

Photograph taken 04/17/2012 documents the damage caused by the temporary corral and animals.

All observations by Deborah Sullivan, #174

Excerpt from

11/9/2011

Photographs



# ATTACHMENT D



# Sullivan
# Cattle Sightings

**Legend**

**Bundy Brand or Earmark?**
- 🟢 No branded/earmarked cattle observed or could not be accessed to determine
- 🟢 Observed at least one or more cattle with Bundy brand or earmark
- 🔺 Unauthorized Range Improvement
- ▨ Former Bunkerville Grazing Allotment
- ■ City Location
- Lake Mead
- NHD Hydrology

**Major Road**
- Interstate
- US Highway
- State Highway
- County Highway
- Arterial
- Collector
- Local
- Back Country Byway
- Resource
- Restricted

**Land Status**
- Bureau of Indian Affairs
- Bureau of Land Management
- Bureau of Reclamation
- City of Las Vegas
- Clark County, NV
- Department of Defense
- Department of Energy
- Fish and Wildlife Service
- Forest Service
- National Park Service
- Nevada State
- Private

Prepared for
United States of America
v. Bundy
No. 98-cv-531
Not intended for any other use

0   2.5   5        10 Miles

**NATIONAL SYSTEM OF PUBLIC LANDS**