# ATTACHMENT H

# SITE #6

















# ATTACHMENT I

# SITE #7





# ATTACHMENT J

# SITE #8







# ATTACHMENT K

# SITE #9











