ROGER I. ROOTS, ESQ.
Attorney at Law
Pro Hac Vice*
Rhode Island Bar No. 6752
113 Lake Drive East
Livingston, MT 59047
Tel: (406) 224-3105
Email: rogerroots@msn.com
Attorney for Defendant, Cliven D. Bundy


ROBERT O. KURTH, JR.
Nevada Bar No. 4659
**KURTH LAW OFFICE**
3420 North Buffalo Drive
Las Vegas, NV 89129
Tel: (702) 438-5810
Fax: (702) 459-1585
E-mail: kurthlawoffice@gmail.com
NV Resident Attorney for Defendant,
Cliven D. Bundy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
Plaintiff,
v.                                         CASE NO.: 2:98-cv-00531-LRH-
VCF
CLIVEN D. BUNDY,
Defendant.


STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY

COMES NOW Defendant Cliven Bundy, by and through counsel, with this
Stipulated Motion for Extension of Time to File Reply the Response of the United
States.

The United States does not object to a continuance so that Defendant's Reply is
due January 12, 2018.

RESPECTFULLY SUBMITTED,

/s/Roger I. Roots, esq.
Counsel for Cliven Bundy

CERTIFICATE OF SERVICE

I, Roger I. Roots, certify that on 12/27/2017 I caused this document to be uploaded to the Court's electronic filing system, thereby serving all parties with copies of this document.

/s/ Roger I. Roots                    Dated 12/27/2017