# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
Plaintiff,
v.
CLIVEN D. BUNDY,
Defendant.

CASE NO.: 2:98-cv-00531-LRH-VCF

**ORDER REGARDING**

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY

COMES NOW Defendant Cliven Bundy, by and through counsel, with this Stipulated Motion for Extension of Time to File Reply the Response of the United States.

The United States does not object to a continuance so that Defendant's Reply is due January 12, 2018.

1

RESPECTFULLY SUBMITTED,

/s/Roger I. Roots, esq.
Counsel for Cliven Bundy

ORDER

IT IS SO ORDERED this 28th day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE